IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SIMA KESLER | : | CIVIL ACTION |
| v. | : | |
| T-MOBILE USA, INC. et al | : | NO.: 21-cv-02516 |

**O R D E R**

**AND NOW**, this **25TH** day of **JUNE 2021**, in accordance with the court's procedure for assignment of a United States Magistrate Judge to certain District Court Judges on a rotating basis, it is hereby,

**ORDERED** the United States Magistrate Judge assigned to the above-captioned case is the Honorable Scott W. Reid.

FOR THE COURT:

JUAN R. SÁNCHEZ
Chief Judge

ATTEST:

_Kate Barkman_

**KATE BARKMAN**
Clerk of Court