# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SIMA KESLER, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | NO. 21-2516 |
| T-MOBILE USA, INC., *et al*. | : | |
| Defendant(s). | : | |

## ORDER

**AND NOW**, this 24th day of August, 2021, upon consideration of the Parties' joint letter stipulation by the Court on August 19, 2021, **IT IS HEREBY ORDERED AND DECREED**:

1. Plaintiff shall submit all of her claims against Defendant, as asserted in this lawsuit, to binding arbitration in according with the Terms and Conditions in Exhibit A;

2. This action is stayed pending the outcome of the arbitration;

3. Counsel for the Parties shall attend status conferences, as may be set by this Court, to notify the Court of the status of arbitration; and

4. The Court hereby retains jurisdiction to confirm the arbitration award and enter judgment for the purpose of enforcement.

**BY THE COURT:**

**/s/ Petrese B. Tucker**

_____
**Hon. Petrese B. Tucker, U.S.D.J.**